# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | **Danko v. Spaulding** | : |
| | | : **Civil Action No. 1:18-CV-1017** |
| | | : |
| | | : **(Chief Judge Conner)** |
| Inmate: | **Timothy D. Danko** | : |
| | | : |
| ID No. | **06308-087** | : |

## ORDER

This habeas corpus action was filed without a filing fee or an application to proceed *in forma pauperis*. (Doc. 1).

Accordingly, an Administrative Order issued on May 18, 2018, in which the petitioner was informed that this case would be dismissed without prejudice unless, within thirty (30) days, he either paid the statutory filing fee of $5.00 or filed an application to proceed *in forma pauperis*. (Doc. 3).

In response, petitioner filed a motion/letter for an extension of time to file a statement of his inmate account. (Doc. 4).

By order dated June 19, 2018, the motion was granted. The order also indicated that the petitioner was to file his application to proceed *in forma pauperis*, including a certified statement of petitioner's institutional account. (Doc. 5).

More than thirty (30) days have elapsed and the Petitioner has not submitted the filing fee, the application to proceed *in forma pauperis* or a certified statement of his institutional account.

THEREFORE, it is hereby ORDERED that this action is dismissed, without prejudice, and the Clerk of Court shall close this file.

      /S/ C**HRISTOPHER** C. C**ONNER**
Christopher C. Conner, Chief Judge
United States District Court
Middle District of Pennsylvania

DATE:     July 24, 2018